UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*Electronically Filed*

| | |
|---|---|
| SHAWNNA CHAVERS ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CIVIL ACTION NO. __3:20-CV-37-RGJ__ |
| ) | |
| UNUM ) | |
| ) | |
| DEFENDANT ) | |

**NOTICE OF REMOVAL**

Defendant, Unum Life Insurance Company of America ("Unum Life"), improperly identified as "Unum" in the caption of the Complaint and as "Unum Life Insurance Company" in Paragraph 2 thereof, removes this action to the United States District Court for the Western District of Kentucky. The grounds for removal are as follows:

1. On November 25, 2019, the Complaint in Civil Action No. 19-CI-07416 was filed in Jefferson Circuit Court, Division Four (4), in Louisville, Kentucky, by Plaintiff against Unum Life. The Summons, along with the Complaint, was received by the Office of the Secretary of State, Commonwealth of Kentucky, on December 9, 2019, was sent to Unum Life in Portland, Maine, via certified mail, and received by Unum Life on December 17, 2019. On January 7, 2020, the Secretary of State mailed its return to the Jefferson Circuit Court. In Kentucky state court, the filing of that return effects formal service pursuant to KRS 454.210(3)(b) and KRS 304.3-230(5), triggering the 30-day removal period under 28 U.S.C. §1446(b). *Everett v. Am. Gen. Life Ins. Co.*, 2016 WL 4746214, *2 (W.D. Ky. 2016); *Travelers Prop. Cas. Co. of Am. v. Rapid Power*, 2012 WL 1252574, *2 (W.D. Ky. 2012). Copies of the Summons and Complaint

are appended hereto and constitute all process, pleadings and orders served upon Defendant to date in this action.

2. The action is of a civil nature, involving a claim for benefits pursuant to an employee welfare benefit plan, specifically a long term disability plan established by Plaintiff's employer or former employer [*see* Complaint ¶¶4-5], funded by a long term disability insurance policy issued by Unum Life to Humana Inc. Plaintiff alleges she is entitled to benefits under the plan [*Id.*, ¶¶7, 19].

3. This Court has original federal question jurisdiction over the action pursuant to 28 U.S.C. §1331 inasmuch as the Complaint asserts a claim for benefits under an employee benefit plan established under and governed by the Employee Retirement Income Security Act, 29 U.S.C. §1001 *et seq.* ("ERISA") [Complaint, ¶¶3, 19-21].

4. ERISA preempts state law causes of action and provides the exclusive federal remedies for the resolution of claim for benefits by employee benefit plan participants and beneficiaries. *See* ERISA §502(a)(1)(B), 29 U.S.C. §1132(a)(1)(B); *Pilot Life Ins. Co. v. Dedeaux*, 481 U.S. 41 (1987).

5. Section 502(3) of ERISA, 29 U.S.C. §1132(e), confers original jurisdiction upon the district courts of the United States over claims initiated by participants or beneficiaries to recover benefits due or to enforce rights under employee benefit plans subject to ERISA.

6. Thus, Plaintiff's Complaint is an action of a civil nature founded upon a claim of right arising under the laws of the United States over which the district court of the United States is given original jurisdiction pursuant to 28 U.S.C. §1331 and is therefore removable to this Court pursuant to the provisions of 28 U.S.C. §§1441(a) and (b). *See Metropolitan Life Ins. Co.*

*v. Taylor*, 481 U.S. 58 (1987). Such a claim is properly removable even if the defense of ERISA preemption does not appear on the face of the Complaint.

7. Defendant has filed no pleadings in this action and this Notice of Removal is filed within thirty (30) days after service of the Complaint and Summons in this action.

WHEREFORE, Defendant, Unum Life Insurance Company of America, hereby gives notice of this removal from the Jefferson Circuit Court to the United States District Court for the Western District of Kentucky.

        Respectfully submitted,

        s/ *Michelle Turner*
        Michelle Turner
        Attorney for Defendant
        TURNER, KEAL & BUTTON PLLC
        10624 Meeting St. #101
        Prospect, KY 40059
        Phone: 502.426.5110
        Fax: 502.426.5119
        E-mail: mturner@turnerkeal.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Robert Florio   raf913@gmail.com

        s/ *Michelle Turner*
        Michelle Turner
        Attorney for Defendant
        TURNER, KEAL & BUTTON PLLC
        10624 Meeting St. #101
        Prospect, KY  40059
        Phone:  502.426.5110
        Fax:  502.426.5119
        E-mail:  mturner@turnerkeal.com